UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

RONALD AMBROSE,

                                        Plaintiff,            **REPLY DECLARATION**
                                                             **OF LEAH A. BYNON**

            -against-

THE CITY OF NEW YORK, DETECTIVE VITO            02-CV-10200 (KMK)
BUONSANTE, LIEUTENANT SHIELDS,
DETECTIVE JOSE ROSARIO, DETECTIVE DAN
DANAHER and JOHN and JANE DOES,,

                                        Defendants.

------------------------------------------------------------------------x

        **LEAH A. BYNON**, an attorney duly admitted to practice in the State of New

York and in this Court, declares under penalty of perjury and pursuant to 28 U.S.C. § 1746 that

the following is true and correct.

        1.  I am an Assistant Corporation Counsel in the office of Michael A. Cardozo,

Corporation Counsel of the City of New York, attorney for defendants City of New York,

Detective Vito Buonsante, Detective Dan Danahar, Jose Rosario, and John Shields.  As such, I

am familiar with the facts stated below and submit this reply declaration to place the relevant

information and documents on the record in support of defendants' partial motion to dismiss all

purported Monell Claims pursuant to Rule 12(c) of the Federal Rules of Civil Procedure.

        2.  In support of their motion, defendants submit the exhibits described below:

        a.  Annexed hereto as Exhibit "A" is a copy of the Complaint Follow-Up and

handwritten notes of Detective Buonsante dated January 24, 2001.

        b.  Annexed hereto as Exhibit "B" is a copy of the Complaint Follow-Up

Informational dated January 16, 2001, numbered 622-623.

c.    Annexed hereto as Exhibit "C" is a copy of  the a copy of the Complaint Follow-Up Informational dated January 23, 2001, numbers 624.

d.    Annexed hereto as Exhibit "D" is a copy of the Grand Jury testimony of Detective Vito Buonsante, People v. Damon Williams, dated January 25, 2001, pg. 45 line 18 through pg. 46 line 7.

Dated: New York, New York
       January 7, 2004

MICHAEL A. CARDOZO
Corporation Counsel of
the City of New York
Attorney for Defendants City of New York,
Buonsante, Danahar, Shields and Rosario
100 Church St.
New York, New York 10007
(212) 788-1029

By: _____
       LEAH A. BYNON (LB0321)
       Assistant Corporation Counsel

# EXHIBIT A

TO CLOSE THIS CASE, UTILIZE THE CLASSIFICATION/CLEARANCES BLOCK AND FOR RECOVERY OF PROPERTY, REPORT STOLEN PROPERTY SERIAL NUMBERS OBTAINED FOR PROPERTY PREVIOUSLY REPORTED, CRIME INCIDENT DATA, USE COMPLAINT FOLLOW-UP (PD 313-081) TO REPORT THE PRECEDING

**COMPLAINT – FOLLOW UP**
**INFORMATIONAL**
PD 313 081A (Rev. 4-89)-31

| | | | |
|---|---|---|---|
| | PAGE 1 | | PAGES |
| Crime HOMICIDE 99/6&7 | Pct 013 | OCCB No. | Complaint No. 9198/99/00 | Date of This Report 1/24/2001 |
| Date of Orig. Report 9/2?/1999 | Date Assigned 9/2?/1999 | Case No. 1814/15/16/17 | Unit reporting | 7/01 | Follow Up No. |

Complainant's Name – Last, First, M.I.
**P.S.N.Y. FOR QUINONES/COBB**

Victim's Name – If Different

**Witness No.1**
Last Name, First, M.I. — Address, Include City, State, Zip — Apt. No.
Home Telephone — Business Telephone — Position / Relationship — Sex — Race — Date of Birth — Age

**Perpetrators**
Total No. of Perpetrators — Wanted — Arrested — Weapon Used ☐ Possessed ☐ — Describe Weapon (If firearm, give color, make, calibre, type, model, etc.)

**Perp No.1**
Wanted ☐ Arrested ☐ — Last Name, First, M.I. — Address, Include City, State, Zip — Apt. No. — Res. Pct.
Sex ☐ — Race ☐ — Date of Birth — Age — Height — Weight — Eye Color — Hair Color — Hair Length — Facial Hair — NYSID No.
Eyeglasses ☐ — Sunglasses ☐
Nickname, First Name, Alias — Clothing Description, Scars, Marks, M.O., Etc. (Continue in 'Details')

**Perp No.2**
Wanted ☐ Arrested ☐ — Last Name, First, M.I. — Address, Include City, State, Zip — Apt. No. — Res. Pct.
Sex ☐ — Race ☐ — Date of Birth — Age — Height — Weight — Eye Color — Hair Color — Hair Length — Facial Hair — NYSID No.
Eyeglasses ☐ — Sunglasses ☐
Nickname, First Name, Alias — Clothing Description, Scars, Marks, M.O., Etc. (Continue in 'Details')

AREA WITHIN BOX FOR DETECTIVE / LATENT FINGERPRINT OFFICER ONLY. THIS BOX WILL BE UTILIZED BY INVESTIGATOR WHENEVER POSSIBLE AND MUST BE FULLY COMPLETED WHEN USING THIS FORM TO CLOSE A CASE "NO RESULTS"

Comp. Interviewed ☐ Yes ☐ No — Is Person ☐ — By Phone ☐ — Date — Time — Results: Same as Comp Report - Different (Explain in Details) ☐ ☐
Witness Interviewed ☐ Yes ☐ No — Is Person ☐ — By Phone ☐ — Date — Time — Results: Same as Comp Report - Different (Explain in Details) ☐ ☐
Canvass Conducted ☐ Yes ☐ No — If Yes - Make Entry in Body Re: Time, Date, Names, Addresses, Results — Crime Scene Visited ☐ Yes ☐ No — If Yes - Make Entry in Body Re: Time, Date, Evidence Obtained
Complainant Viewed Photos ☐ Refused ☐ Future — Results:
Witness Viewed Photos ☐ Refused ☐ Future — Results:
Crime Scene Dusted ☐ Yes ☐ No — By (Enter Results in Details) — Crime Scene Photos ☐ Yes ☐ No — By (Enter Results in Details)
If Closing Case "No Results," Check Appropriate Box and State Justification in Details.
☐ C-1 Improper Referral ☐ C-2 Inaccurate Facts ☐ C-3 No Evidence / Can't ID ☐ C-4 Uncooperative Complainant ☐ C-5 "Leads" Exhausted

**DETAILS:**

**Investigation** : Murder 1 & Att. Murder 1
**Subject** : Interview Of Andrew Rison, 4033 Scotchwood Court, Chessapeake VA. 757 465-5984
M/B 29, DOB 03-13-71 NYSID #6468953-R

1. Mr. Rison had contacted Crime Stoppers on 01-08-01 and stated that he has information of the unapprehended subject known as Damon Williams who was involved in the Homicide and is one of the shooters. He also stated that he could lead the authorities to the location and whereabouts of the said subject.

2. On 01-18-01 the undersigned along with Det. Carter and with the authority of the Police Department were able to travel to Chessapeake VA. At the time the Informant was in the custody of the Chessapeake Sherrifs Dept. who was being held for Violating Parole in New York State. At about 1420 Hrs. with the permission of the Sherrifs Dept. were able to interview Mr. Rison in regards to his knowledge of the above mentioned incident. This Interview was conducted in the confines of the Chessapeake City Jail system.

3. Mr. Rison stated that the subject wanted, Damon Williams is his cousin. He states that Damon came to Virginia two weeks prior of Christmas of 1999. Damon was staying with him and a female known as Ebbany Brown at the time. While living with Mr. Rison at the time Damon began to tell him of his involment in regards to the Homicide. He states that he and Randy were the shooters and that Bird also known as Duane Thomas drove Damon, Randy and Sha to the location. The shooting was of a revenge because Damon's brother Ramone Cross was beat up at the club. Damon,Randy and Sha got out of the car and Duane remained with the car. Sha became the lookout and Randy and Damon ran up on the guys and began to shoot into the group. <span>Continues On Page Two</span>

| CASE ☐ ACTIVE ☐ CLOSED | DATE REVIEWED CLOSED | | | IF ACTIVE, DATE OF NEXT REVIEW |
|---|---|---|---|---|
| REPORTING OFFICER | RANK Det. | SIGNATURE | NAME PRINTED Buonsante | TAX REG. NO. 908840 | COMMAND 13PDS |
| REVIEWING / CLOSING SUPERVISOR | CASE CLOSED: | SIGNATURE | | C.O.'s INITIALS |

**LONG PINK**

— 1/16/01   1322   Hrs.  Contacted   Chessapeake   Records Dept.
                 757-382-2850

Spoke   with  Miss Cooper.

        Andrew Rison- Charged with Fugitive Justice
             N-Y. Parole Warrant.
             Court App. on 1/16 - Remanded Till
             2/14 - No Bail.
             DKT # 2001/296

        Grey Bridge Ave — Sheriffs Dept. Chessapeake
               400 Albarmarle Drive
                757 382-2850

1/16/01   1430 Hrs
          Contacted , Juliet Rison - wife of Andrew Rison
                 757-465-5584
Stated that Andrew is Damons cousin, was staying with
Andrew + Ebbiny Brown after incident.
Ebbiny + Andrew Have Chell in common.
Ebbiny presently resides at
     45 Braston St. Hartford CT.
     Ebbiny Knows as much as Andrew in regards to the
homicide.   Juliet Rison = 4033 Scotchwood Court
                 Chessapeque  VA. 23371

Damon= Known in VA. AKA   Shaw or Eric Rodriguez
  Carrie Bojus N-Y. Drivers License.
  Possibly Drives a bk/Blue Lincoln
  Mrs. Rison lost contact w/ Damon 1/16 via phone.
     Seen Him on  1/13
  Andrew Rison was Arrested on 1/14 11:15 PM at His Home

  Possibles , Bird + Randy in car day of incident.

  Andrew Rison Contacted Crime Stoppers on 1/8 directed to 13 Det. Donato
  Contacted Again on 1/15 set meeting on 1/15 - will recall on 1/16
  did not - Mrs. Rison Recontacted Crime Stoppers on 1/16 —

Parole Officer.

DONNA HARRIS   QNS Parole II
718-558-5247

DANIEL GOTTLIEB
718-558-5223

Contacted P.O. Harris 1/17 1230 Hrs. Stated that
Ebbing contacted the office on 1/16 and stated
that Andrew is in VA.
    Contradiction. Mrs. Rison states that Andrew was
Arrested on Sunday 1/14 11½ P.7 At His Home.

Andrew Rison - NY SID #646 89 53-R
                DOB  3/13/71
        Last Known Address. 114-29 180 St.
                St. Albans N.Y. P.H.
                SS# 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

OWES = 2 Yrs. 11 Days to Parole Division.

Crime Stoppers

    Det. Joe Quinones
        374-6806
        374-2760   FAX

Agree to Testify against Damon
or- Damon- Incriminating Statements.

        Miss Banks - 757-455-8130
        Curtis Appt Att.

1/01    1420    Initials?    Appeal Prison?
City Jail, Chesapeake VA.

Came to VA. 2 wks prior of Christmas.
Ebbony knew of him being in VA.

1992. Arrested for Att. Armed Robbery.
1996- Paroled,
Jan 28, Arrested for violating parole, leaving N.Y.
entered programs Sept. 00, 90 Day Drug Program
Has not been arrested since parole except of violating
Called Ebbony via phone, found out that He was
with His wife. Threatened him that she was going to
call the police in VA. That He was violating Parole.

Was picked up at His wifes Home on Sunday by Sheriffs
Dept.

While in N.Y. He Had heard that He was being sought
by the people involved from Manh. Knows of Buster
who He Had met through Ramone & Girlfriend.

Knowledge of incident what He Had Heard
originally and then told by Damon.

First time Damon, Dec of 99— Damon says that Ramon got beat
up in a club.

Mo & Randy Started shooting on the block.
Bird is Duane Thomas— Driver of Car
    Saw News Next Day, Damon was upset by saying
I should have thought about it first.
Spoke about on How Ramone was beat up and that
He needed to take avenge. Called Randy, Bird.
(Duane) and Stta. Duane Drove them to Manh.
Randy, Damon and Stta got out Duane stayed
with car. Stta got scared, became a lookout
Damon & Randy ran up into guys and upon
Shooting in the Group— Two people got Killed Two

People got Sh-T. Then Damon Told Bird to
get rid of the car. Bird did not want to
place one in backyard of a friend. Car
was found.

Damon states that chuck was picked
up but had nothing to do with the shooting.
Damon believes that chuck was him
the Man y got picked up. Ramone was
arrested for a different incident. Ramone
had shot up on Buster who was Jennifer
ex boyfriend.

1318 Elm Ave Apt-B 2Fl- 2 gs-1x B cdy
Port Smith VA.

LT/Blu Lincoln - VA. ~~~~~~
                     G U Y 695
                       -895

Possible 2 guns, under Bed.
          25 - Derringer    2 Shot  Chrome
           9 - MM

Early morning. Cleo to Sleepy Cate

1-18-01

Andrew Dixon     3-13-71    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

Damon told me that all this started when Ramone came home from the club beat up bad. He then got Randy, Sha, Bud and they went back up there (they were in Queens at the time) They drove to the block to where the guys responsible rung out. They saw some parked around the corner. Bud stayed, Sha got scared and just played look out, so Damon and Randy (Johnson/Randy) took matters into their own hands. They snuck up on them and opened fire. They then ran back to the car and rushed home. Once back in Queens Ramone call them to let them know everything was on the news. Damon said he told Bud to get rid of the car and they stored one planned it better. He expressed he was sorry and all that. He told me about Bud telling out that Chick wasn't down with it they must think less him. And yes I'm willing to testify.

Andrew Dixon

Det Cornelius C Carter III
01-18-01  1704 Hrs.          SH# 2181  MSHS

Dt. V. B    #4730
01/18/01  1704 Hr.        13 PDS.

# EXHIBIT B

DO NOT USE THIS FORM FOR INITIAL ARREST / CRIME INCIDENT DATA / CRIME INCIDENT CLEARANCE DATA / DIFFERENT SUPPLEMENTARY COMPLAINTS / ARREST INFORMATION OR INITIAL STOLEN PROPERTY. SERIAL NUMBERS OBTAINED FOR PROPERTY PREVIOUSLY REPORTED, CRIME INCIDENT DATA, USE COMPLAINT FOLLOW-UP (PD 313-081) TO REPORT THE PRECEDING

**COMPLAINT – FOLLOW UP**
PD 313 081A (Rev. 4-89)-31

INFORMATIONAL

PAGE **1** OF **1** PAGES

| Crime | Pct | OCCB No. | Complaint No. | Date of This Report |
|---|---|---|---|---|
| HOMICIDE 6 & 7 | 013 | | | 1/16/2001 |

| Date of Orig. Report | Date Assigned | Case No. | Unit reporting | Follow Up No. |
|---|---|---|---|---|
| 9/22/1999 | 9/22/1999 | 1814/15/16/17/ | 013 PDS | |

Complainant's Name – Last, First, M.I.
**P.S.N.Y. FOR QUINONES & COBB**

Victim's Name – If Different

DETAILS:

Investigation : Homicides 99/ 6 & 7
Subject      : Notifications By CrimeStoppers

*V. 23*

1. On 01-08-00 Crime Stoppers was contacted by a male who identified himself as ▨▨▨. The male stated that he had information regarding a subject known as Damon Williams wanted for a Homicide. Damon is involved in the shooting. After further investigation in regsards to the information forwarded by the caller it was learned that the incident occurred in the confines of the 013 pct. the caller then was referred to the 013 pct. Detectives. The caller then contacted Det. Danaher of the 013 Pct. who stated to Det. Danaher that he had knowledge of the incident and that Damon had told him about the shooting. The caller also told Det. Danaher that Damon was presently in Norfolk VA. staying Ramada Unlimite on Military Hwy. in Norfolk Va. and stated that he will lead us to him. Damon had told the caller that he was one of the shooters.

2. The caller was instructed to call back while he contacts the detective assigned to the original case, Det. Buonsante.

3. On 01-12-01 the caller did re contact the 013 Pds office and stated that he was willing to meet the detectives at the airport on 01-15-01

4. On 01-016-01 a female known as ▨▨▨▨ contacted Crime Stoppers and stated that she was the ▨▨▨▨▨▨ who has been in contact with Det. Danaher regarding Damon Williams ▨▨▨▨▨▨ also stated that ▨▨▨▨▨▨▨▨ also known as ▨▨▨ has been arrested on 01-14-00 for violating parole.

▨▨▨▨ is presently in the custody of the ▨▨▨▨▨▨ Sheriffs Dept.. This information was then forwarded to Det. Carter who contacted the undersigned with the information.

Case Continues On page two.

| REPORTING OFFICER | RANK | SIGNATURE | NAME PRINTED | TAX REG. NO. | COMMAND |
|---|---|---|---|---|---|
| | Det. | | Buonsante | 908840 | 013 PDS |

REVIEWING / CLOSING SUPERVISOR:

LONG PINK

*022*

| | | PAGE 2 OF 2 PAGES |
|---|---|---|
| COMPLAINT – FOLLOW UP INFORMATIONAL | Pd 013 | Date of This Report |
| PD 313-081A SECOND SHEET (Rev 8-90) H-1 | Complaint No. | 1/16/2001 |

DETAILS:

Continued From Page One

5. On 01-16-0▮ at about 1322 Hrs. the undersigned did contact ▮▮▮▮▮▮ ▮▮▮ Sherrifs Dept. At the time the undersigned did speak with Miss Cooper. As per Miss Cooper the subject ▮▮▮▮▮▮▮▮▮ is presently in the the custody of the Sherrifs Dept. for ▮▮▮▮▮▮▮▮▮ There is no Bail set and he will be in their custody until 02-14-01. Booking case ▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮ e Sherrifs Dept. ▮▮▮▮▮▮▮▮▮

6. On 01-16-01 at about 1430 Hrs. the undersigned did contact ▮▮▮▮▮▮▮▮▮ via phone ▮▮▮▮▮ also The undersigned did verify the information provided with ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮ also known as ▮▮▮▮▮▮ did state that her ▮▮▮▮▮ had informed her of his knowledge of Damon Williams being involved in a homicide back in New York and that Damon took revenge because his brother Ramone was beat up ▮▮▮▮▮▮▮▮ also stated that she has seen Damon in the past. Last contact with Damon was on 01-13-01. Damon had contacted her in regards to her husbands well being. After speaking with ▮▮▮▮▮▮▮ the undersigned does feel that the caller ▮▮▮▮▮▮▮▮▮▮▮ does have enough knowledge of the incident and Damon Williams. This information is also being forwarded to ADA O'Connell assigned to the Homicide Case. The undersigned along with Det. Carter are in the process of traveling to ▮▮▮▮▮▮▮▮▮▮ to interview ▮▮▮▮▮▮ and anticipating the arrest of Damon Williams.

| CASE ☐ACTIVE ☐CLOSED | DATE REVIEWED / CLOSED | | IF ACTIVE, DATE OF NEXT REVIEW | |
|---|---|---|---|---|
| REPORTING OFFICER: RANK Det. | SIGNATURE | NAME PRINTED Buonsante | TAX REG. NO. 908840 | COMMAND 13 PDS |
| REVIEWING / CLOSING SUPERVISOR: | CASE CLOSED: | ENTER DESTINATION C OR B | SIGNATURE | CO'S INITIALS |

1ST COPY CRIMINAL RECORDS SECTION    2nd COPY UNIT REFERRED TO    3rd COPY BOROUGH ROBBERY SQUAD
PINK - SECOND SHEET

# EXHIBIT C

DO NOT USE THIS FORM TO REPORT: CRIME CLASSIFICATION CHANGES, CASE CLEARANCES, INITIAL ARREST ON THE COMPLAINT, RECOVERED PROPERTY, ADDITIONAL STOLEN PROPERTY. SERIAL NUMBERS OBTAINED FOR PROPERTY PREVIOUSLY REPORTED, CRIME INCIDENT DATA, USE COMPLAINT FOLLOW-UP (PD 313-081) TO REPORT THE PRECEDING

| COMPLAINT – FOLLOW UP INFORMATIONAL PD 313 081A (Rev. 4-89)-31 | Crime | | | PAGE 1 OF 2 PAGES |
|---|---|---|---|---|
| | Murder 1 | Pct 013 | OCCB No. | Complaint No. 9198 | Date of This Report 1/23/2001 |

| Date of Orig. Report 9/22/1999 | Date Assigned 9/22/1999 | Case No. 1814/15/16/17 | Unit reporting 013 PDS | Follow Up No. |
|---|---|---|---|---|

Complainant's Name – Last, First, M.I.
**P.S.N.Y. FOR COBB/QUINONES**

Victim's Name – If Different

Address, Include City, State, Zip | Apt. No.

**Witness No 1**

Last Name, First, M.I.

Home Telephone | Business Telephone | Position / Relationship | Sex | Race | Date of Birth

Total No. of Perpetrators | Wanted | Arrested | Weapon Used ☐ Possessed ☐ | Describe Weapon (if firearm, give color, make, calibre, type, model, etc.)

**Perpetrators**

**Perp No. 1**

Wanted ☐ | Arrested ☐ | Last Name, First, M.I. | | Address, Include City, State, Zip Apt. No. | Res. Pct

Sex ☐ | Race ☐ | Date of Birth | Age | Height | Weight | Eye Color | Hair Color | Hair Length | Facial Hair | NYSID No.

Eyeglasses ☐ | Sunglasses ☐ | Clothing Description, Scars, Marks, M.O., Etc. (Continue in 'Details')

Nickname, First Name, Alias

**Perp No. 2**

Wanted ☐ | Arrested ☐ | Last Name, First, M.I. | | Address, Include City, State, Zip | Apt. No. | Res. Pct.

Sex ☐ | Race ☐ | Date of Birth | Age | Height | Weight | Eye Color | Hair Color | Hair Length | Facial Hair | NYSID No.

Eyeglasses ☐ | Sunglasses ☐ | Clothing Description, Scars, Marks, M.O., Etc. (Continue in 'Details')

Nickname, First Name, Alias

AREA WITHIN BOX FOR DETECTIVE / LATENT FINGERPRINT OFFICER ONLY. THIS BOX WILL BE UTILIZED BY INVESTIGATOR WHENEVER POSSIBLE AND MUST BE FULLY COMPLETED WHEN USING THIS FORM TO CLOSE A CASE "NO RESULTS"

Comp. Interviewed ☐ Yes ☐ No | In Person ☐ | By Phone ☐ | Date | Time | Results: Same as Comp Report – Different (Explain in Details) ☐

Witness Interviewed ☐ Yes ☐ No | In Person ☐ | By Phone ☐ | Date | Time | Results: Same as Comp Report – Different (Explain in Details) ☐

Canvass Conducted ☐ Yes ☐ No | If Yes – Make Entry in Body Re: Time, Date, Names, Addresses, Results | Crime Scene Visited ☐ Yes ☐ No | If Yes – Make Entry in Body Re: Time, Date, Evidence Obtained

Complainant Viewed Photos ☐ Yes ☐ Refused ☐ Future | Results:

Witness Viewed Photos ☐ Yes ☐ Refused ☐ Future | Results:

Crime Scene Dusted ☐ Yes ☐ No | By (Enter Results in Details) | Crime Scene Photos ☐ Yes ☐ No | By (Enter Results in Details)

If Closing Case "No Results," Check Appropriate Box and State Justification in Details: ☐ C-1 Improper Referral ☐ C-2 Inaccurate Facts ☐ C-3 No Evidence / Can't ID ☐ C-4 Uncooperative Complainant ☐ C-5 "Leads" Exhausted

DETAILS:

**Investigation : Murder 1 / Att. Murder 1**

**Subject      : Photo Identifications of Individuals Named by Subject To Informant  And Also  Known To Him**

1. On 01-18-01 between the hours of 1634 and 1635 the informant did make proper identifications of the subjects known to him and mentioned to him by the subject, Damon Williams.

2. Photo of Damon Williams was positively identified, also known as Chris Johnson, cousin of Informant
   "    "    Duane Thomas, AKA Bird was identified, driver Of Vehicle
   "    "    Jose Zuniga, In Vehicle possible lookout
   "    "    Ronald Ambrose
   "    "    Ramone Cross, brother of Damon Williams
   "    "    Randy Picard, involved in the shooting with Damon Williams

3. These identifications were made by the informant, immeadately  after interview was concluded in the confines of the ▓▓▓▓▓▓▓▓▓ Jail system.

4. Case Closed. A-1

| CASE ☐ ACTIVE ☒ CLOSED | DATE REVIEWED / CLOSED | | IF ACTIVE, DATE OF NEXT REVIEW |
|---|---|---|---|
| REPORTING OFFICER: | RANK Det. | SIGNATURE | NAME PRINTED Buonsante | TAX REG. NO 908840 | COMMAND 13PDS |
| REVIEWING / CLOSING SUPERVISOR: | CASE CLOSED: | ENTER DESTINATION C OR B | SIGNATURE | C.O.'s INITIALS |

**LONG PINK**

624

# EXHIBIT D

1/25/01                    Buonsante                    44

V I T O                      B U O N S A N T E,

     called as a witness, stated as

follows:

     THE FOREPERSON:  Do you solemnly

swear that the evidence you shall give to

the grand jury upon this complaint against

Damon Williams shall be the truth, the

whole truth and nothing but the truth, so

help you God?

     THE WITNESS:  I do.

BY MS. O'CONNELL:

     Q.    In a loud, clear voice could you

please state your name, your shield and your

command.

     A.    Detective Vito Buonsante, shield

4730, 13th Precinct Detectives Office.

     Q.    Detective, back in September,

September 22nd of 1999, were you assigned to

investigate a shooting incident which had taken

place on that date in front of 330 East 26th

Street here in Manhattan?

     A.    Yes, I was.

     Q.    As a result of your investigation

did you have cause to investigate the

whereabouts of an individual named Randy

45

Buonsante

Picard?

    A.    Yes, I did.

    Q.    An individual name Duane Thomas?

    A.    Yes.

    Q.    An individual name Ramon Cross?

    A.    Yes.

    Q.    And an individual named Ronald

Ambrose?

    A.    Yes.

    Q.    During the course of that

investigation over the next few months did you

also seek the whereabouts of somebody known as

Damon Williams?

    A.    Yes, I did.

    Q.    Was he also known to you as Chris

Johnson?

    A.    Yes, he was.

    Q.    On September 22nd of 1999, what was

the approximate age of the individual known to

you as Damon Williams?

    A.    Twenty-one.

    Q.    Sometime in the past two weeks or

so did you speak with an individual name Andrew

Rison?

    A.    Yes, I did.

'46

Buonsante

Q.    Is that the same Andrew Rison who just left this grand jury room?

A.    Yes.

Q.    As a result of conversations that you had with Andrew Rison did you go down to Virginia last week and early this week?

A.    Yes, I did.

Q.    At the time that you went down to Virginia did you apprehend that individual known to you as Damon Williams?

A.    Yes, I did.

Q.    Where did that apprehension take place?

A.    That apprehension took place in the town of Portsmouth, Virginia.

MS. O'CONNELL:  I don't have any further questions for this witness, as I see none from the members-- one second please.

(CONFERS)

Q.    A grand juror wants to know, in substance, what was the conversation that you had with Mr. Rison that led you to go down to Virginia?

A.    Basically had knowledge of what had

00113

RF

47

Buonsante

taken place in with regard to the ins --

shooting and the incident on that day.

    Q.    Was that based upon things that he

told you that Damon Williams had told him?

    A.    Yes, that's correct.

    Q.    In addition, did he also tell you

where Damon Williams could be located at that

moment?

    A.    Yes, he did.

    MS. O'CONNELL:  Okay, I see another

question.

    (CONFERS)

    Q.    A grand juror has a question.  Did

there come a time shortly after the incident in

1999 when a person named Duane Thomas

surrendered himself to the 12th Precinct?

    A.    Yes, he did.

    Q.    In connection with his surrender

did he lead you to the whereabouts of a certain

automobile?

    A.    Yes, he did.

    Q.    Had he hidden the automobile at the

home of a friend?

    A.    He hid the automobile in the

backyard of a friend and that vehicle was

48

Buonsante

recovered there.  That vehicle was recovered.

    Q.    Was that vehicle recovered in

Queens?

    A.    In Queens.

    Q.    Do you recall whether there were

license plates on the car or not?

    A.    No, there were not.

    Q.    Do you recall whether there was a

registration sticker or inspection sticker on

the car at that time?

    A.    I don't recall.

    MS. O'CONNELL:  Let me confer with

the grand juror for a moment.

    (CONFERS)

    MS. O'CONNELL: That concludes my

questioning for this witness, as I see no

other hands, you may step out.

    (WITNESS EXCUSED)

RF